ACCEPTED
06-15-00012-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/31/2015 3:03:32 PM
DEBBIE AUTREY
CLERK

**No.** 06-15-00012-CR, 06-15-00013-CR, 06-15-00014-CR, 06-15-00015-CR, 06-15-00016-CR, 06-15-00017-CR

In the Court of Appeals for the
Sixth District of Texas
At Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/31/2015 3:03:32 PM
DEBBIE AUTREY
Clerk

**GARY MORROW,**
**Appellant**

*v.*

**STATE OF TEXAS,**
**Appellee**

**SECOND MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF OF APPELLANT GARY MORROW**

COMES NOW, Micah Belden, Counsel for Gary Morrow, and moves for a thirty day extension of time and would show:

The Court Reporter's record was filed on June 29, 2015. Counsel has been unable to file his Appellant's brief herein by the extended deadline of August 28, 2015, due to the very large volume of the reporter's record which is in approximately ten volumes and over two thousand pages. Additionally, the reporter's record will have to be supplemented with the motion for new trial hearing, as it has one of the key appeal points placed on the record regarding punishment evidence. Counsel prays that the deadline be extended until September 27, 2015, at which time Counsel represents that he should be able to file the appellant's brief in all reasonable likelihood. Counsel has had two jury trial settings in the last five weeks, both of which went to trial although one pled after voir dire, and is a solo practitioner working diligently on the brief. However, it is an unusually long record (believed to be the longest this attorney has dealt with in a non-capital

case), and the case involves complex issues including ownership for burglary purposes between two spouses and whether an expert should have been hired for punishment.

Respectfully submitted,

/s/ *Micah Belden*
Micah Belden
711 N. Travis
Sherman, TX 75090
Telephone: (903) 744-4252
Fax: (903) 893-1734
State Bar No. 24044294
Board Certified in Criminal Law
Texas Board of Legal Specialization

## CERTIFICATE OF SERVICE

I do hereby certify that on this August 28, 2015, a true and correct copy of this motion was forwarded by email to:

Brad Setterberg
Assistant Fannin County District Attorney
101 E. Sam Rayburn, Third Floor
Bonham, TX 75418

_____ /s/ _____
Micah Belden

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared *Micah Belden* who after being duly sworn stated:

"My name is *Micah Belden* . I am the petitioner in the above entitled and numbered cause. I have read the attached Petition for Occupational Driver's License and hereby state that said Petition is true and correct to the best of my knowledge."

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on __8/28__ , 2015, to certify which witness my hand and seal of office.

R B JERRY McGOWEN III
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02/14/2019

_____
Notary Public, State of Texas